JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LIHUA WEI, | Case No. 2:25-cv-09133-SB-BFM |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| FRANK J BISIGNANO, | |
| Defendant. | |

For the reasons stated in the separate order granting Defendant's unopposed motion to dismiss the case as moot entered this day, it is ordered and adjudged that Plaintiff's claims are dismissed without prejudice as moot.

This is a final judgment.

Date: March 10, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge

1